331-15 332-15 333-15 334-15 335-15
336-15 337-15 ELECTRONIC RECORD 338-15 339-15
340-15

Miscellaneous/Other Criminal
including Misdemeanor or

COA #    10-15-00055-CR                          OFFENSE:  Felony

STYLE:   William Arthur McIntosh v. The State of       COUNTY:  Ellis
         Texas

TRIAL COURT:        40th District Court                                    _____  MOTION
TRIAL COURT #:      20084CR                           FOR REHEARING IS:  _____
TRIAL COURT JUDGE:  Hon. Bob Carroll                  DATE:  _____
DISPOSITION:    DISMISSED                             JUDGE:  _____


DATE:     March 5, 2015

JUSTICE:  Scoggins          PC        S  YES
PUBLISH:  _____     DNP:  YES _____

CLK RECORD:  _____           SUPP CLK RECORD:  _____
RPT RECORD:  _____           SUPP RPT RECORD:  _____
STATE BR:    _____           SUPP BR:          _____
APP BR:      _____           PRO SE BR:        _____


## IN THE COURT OF CRIMINAL APPEALS

ELECTRONIC RECORD                          CCA # 331-15 THRU 340-15

_____ PRO SE _____ Petition           Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____
    refused                                JUDGE: _____
DATE: July 29, 2015                        SIGNED: _____     PC: _____
JUDGE: PC                                  PUBLISH: _____     DNP: _____


_____ MOTION FOR REHEARING IN       MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____       _____ ON _____

JUDGE: _____                         JUDGE: _____